UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-cv-20824-UU

JS IP, LLC,
a Delaware limited liability company,

Plaintiff,

vs.

FONTAINEBLEAU MIAMI LLC,
a Florida limited liability company,
and MAURICE J. WILLIAMS, an individual,

Defendants.

vs.

WELLS FARGO BANK, N.A.,
a for profit corporation,

Garnishee.

**MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT**

Plaintiffs, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 64 and 69 and Florida Statutes Chapter 77, hereby files the above captioned motion for Writ of Garnishment After Judgment, and in support thereof states:

1. The undersigned attorney for the Plaintiff states that on the 22nd day of June, 2016, the Plaintiffs obtained Default Final Judgment against the above named Defendants for the sum of $15,968.50 (in costs and attorneys' fees) in the United States

District Court for the Southern District of Florida, Miami Division, in a case styled JS IP, LLC v. Fontainebleau Miami LLC, et. al., Case No. 16-cv-20824-UU, plus any accrued interest.

2. Order granting Default Final Judgment is filed as docket entry 39, attached as Exhibit ''A''.

3. There is due and owing on the judgment $15,968.50.

4. The Plaintiffs expect to recover the last stated amount in this suit of garnishment against the Defendants Fontainebleau Miami, LLC and Maurice J. Williams.

5. Plaintiff does not believe that the Defendant has in its possession visible property upon which a levy can be made sufficient to satisfy the judgment, and accordingly moves the Court that respective writs of garnishment may issue against the following garnishee:

**Wells Fargo Bank, N.A.,** 2100 Ponce de Leon Blvd.,
Coral Gables, Florida 33134.

6. A proposed Writ of Garnishment is attached as Exhibit ''B''.

**Respectfully Submitted,**

**Stephen J. Kolski**
Florida Bar No.: 856673

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on September 30, 2016 and served on all counsel of record.

**Stephen J. Kolski**
Florida Bar No.: 856673

**Nicholas H. Esser**
Florida Bar No.: 121832
**Stephen J. Kolski & Associates, P.A.**
*Attorneys for Plaintiff*
2020 Ponce De Leon Blvd., Suite 905A
Coral Gables, FL 33134