UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-cv-20824-UU

JS IP, LLC,
a Delaware limited liability company,

Plaintiff,

vs.

FONTAINEBLEAU MIAMI LLC,
a Florida limited liability company,
and MAURICE J. WILLIAMS, an individual,

Defendants.

vs.

WELLS FARGO BANK, N.A.,
a for profit corporation,

Garnishee.

**WRIT OF GARNISHMENT**

THE STATE OF FLORIDA:
To all and singular the Sheriffs of the State:

YOU ARE COMMANDED to summon garnishee, Wells Fargo Bank, N.A., whose address is 2100 Ponce de Leon Blvd., Coral Gables, Florida 33134, to serve an Answer to this writ on Stephen J. Kolski & Associates, P.A., Counsel for Plaintiffs, whose address is: 2020 Ponce De Leon Blvd., Suite 905A Coral Gables, FL, 33134 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Defendants, Fontainebleau Miami LLC and/or Maurice J. Williams, at the time of the answer or was indebted at the time of the service of the writ, or at any time between such times, and in

what tangible and intangible personal property of the Defendants, the Garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person(s) indebted to the Defendants or who may have nay of the property of the Defendants in his/her/their/its possession or control. The amount set in Plaintiff's motion is $15,968.50.

WITNESS my hand and seal of this Court on this **30** day of **September**, 2016.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: *Patrick Edwards*
Deputy Clerk
Date: **Sep 30, 2016**